IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| George Wyatt (333787), *et al.*, | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | No. 22-cv-00775 |
| v. | ) | |
| | ) | Judge John F. Kness |
| State of Texas, *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |

**ORDER**

This action is transferred forthwith to the United States District Court for the Southern District of Texas, Houston Division, for imposition of an initial filing fee and whatever other action the transferee court deems appropriate. The case and all pending motions are terminated on this Court's docket. See accompanying Statement for details.

**STATEMENT**

Plaintiff George Wyatt, a Texas state prisoner incarcerated at Estelle in Huntsville, Texas, brings this civil rights action *pro se*, along with several other *pro se* plaintiffs, concerning events that seemingly transpired in the Texas prison. Plaintiffs have submitted a complaint that is largely incomprehensible. As near as this Court can tell, Plaintiffs obliquely allege denial of access to reading materials, mail (including legal mail), and the telephone.

A civil rights action under § 1983 may be brought only in: (1) a judicial district where any defendant resides if all defendants reside in the same state, (2) a judicial district in which a substantial part of the events or omissions giving rise to the claim occurred, or (3) a judicial district in which any defendant may be found if there is no district in which the action may otherwise be brought. 20 U.S.C. § 1391(b).

None of the Defendants appears to reside in this District; and the events or omissions giving rise to Plaintiffs' complaint appear to have taken place in Huntsville, Texas, where Plaintiff George Wyatt is incarcerated. Defendants are located in that area. Huntsville is sited in Walker County, which sits within the venue of the Southern District of Texas, Houston Division.[1] Accordingly, this action is transferred under 28 U.S.C. § 1406(a) to the United States District Court for the Southern District of Texas, Houston Division for imposition of an initial filing fee and whatever other action the transferee court deems appropriate.

---

[1] A national case index reveals that Plaintiff George Wyatt may be subject to sanctions and considered a restricted filer in the United States District Court for the Southern District of Texas. *See, e.g.*, *Wyatt v. Texas*, No. 4:20-cv-2737 (S.D. Tex.) (Lake, J.).

SO ORDERED in No. 22-cv-00775.

Date: February 23, 2022

                                            JOHN F. KNESS
                                            United States District Judge